# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAVEEN KUMAR,<br><br>                     Petitioner(s),<br>     v.<br><br>CAMMILLA WAMSLEY, et al.,<br><br>                     Respondent(s). | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER C25-2055-KKE |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT the Petition for Writ of Habeas Corpus (Dkt. No. 1) is GRANTED.  Respondents and all their officers, agents, servants, employees, attorneys, and persons acting on their behalf in concert or in participation with them are ENJOINED from removing Petitioner to any country not designated on his order of removal without complying with the following procedures:

1) With respect to removal to Uganda, if Petitioner is found to have a reasonable fear of removal in his reasonable fear interview, Respondents must move to reopen Petitioner's removal proceedings to allow Petitioner to present a full claim for relief under 8 U.S.C. § 1231(b)(3) and FARRA;

2) If Petitioner is determined not to have such a fear, Respondents must allow an additional fifteen days from said determination for Petitioner to file a motion to reopen with the immigration court or Board of Immigration Appeals, as appropriate;

3) With respect to removal to any other country besides India, Respondents must provide written notice of removal to that country at least ten days prior to the removal. Notice to Petitioner must be in his native language. Upon providing such notice, Respondents must ask whether Petitioner has a fear of removal to the third country. If Petitioner expresses such a fear, then Respondents must provide a reasonable fear interview to screen for Petitioner's fear of persecution and torture;

4) If, in the reasonable fear interview, Petitioner is found to have a reasonable fear of removal to the country, Respondents must move to reopen Petitioner's removal proceedings to allow Petitioner to present a full claim for relief under 8 U.S.C. § 1231(b)(3) and FARRA;

5) If Petitioner is not found to have such a fear, Respondents must allow an additional fifteen days from such determination for Petitioner to file a motion to reopen with the immigration court or Board of Immigration Appeals, as appropriate.

Dated November 19, 2025.

Ravi Subramanian
Clerk of Court

/s/ Alejandro Pasaye Hernandez
Deputy Clerk
